PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENGPENG GE,<br><br>        Plaintiff,<br><br>    v.<br><br>USCIS, ET AL.,<br><br>        Defendant. | CASE NO. 2:24-CV-01670 KJM-JDP<br><br>STIPULATION AND ORDER FOR TEMPORARY ABEYANCE |

 The Defendants respectfully request to hold this case in temporary abeyance through February 13, 2025, and counsel for Plaintiffs does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on their pending asylum application, which they filed in 2017. USCIS has scheduled Plaintiff's asylum interview for October 16, 2024. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS will endeavor to do so within 120 days. If USCIS needs to reschedule Plaintiff's interview, it will endeavor to do so within four weeks.

///

///

///

The parties therefore stipulate that this matter be held in temporary abeyance through February 13, 2025. The parties further request that all other filing and case management deadlines be similarly vacated.

Respectfully submitted,

Dated: August 8, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney


/s/ LISA PICKERING
LISA PICKERING
Counsel for Plaintiff

ORDER

It is so ordered.

DATED: August 12, 2024.

CHIEF UNITED STATES DISTRICT JUDGE