PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENGPENG GE,<br><br>                   Plaintiff,<br><br>       v.<br><br>USCIS, ET AL.,<br><br>                   Defendant. | CASE NO. 2:24-CV-01670 KJM-JDP<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |

      The Defendants respectfully request a first extension of time in which to respond to the complaint, and counsel for Plaintiff does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on their pending asylum application, which they filed in 2017. USCIS has scheduled Plaintiff's asylum reinterview for February 26, 2025. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS anticipates it will do so within 120 days following the successful complete of Plaintiff's asylum reinterview.

/ / /

/ / /

/ / /

/ / /

The parties therefore stipulate that this matter be held in temporary abeyance through June 26, 2025.  The parties further request that all other filing and case management deadlines be similarly vacated.

Respectfully submitted,

Dated:  November 6, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

Dated: November 6, 2024

By: /s/ LISA PICKERING
LISA PICKERING
Counsel for Plaintiff

ORDER

It is so ordered.  The parties are directed to file a joint status report no later than June 27, 2025.

DATED:  November 12, 2024.

UNITED STATES DISTRICT JUDGE